■ In the Matter of DAVID J. SWARTS, Appellant-Respondent, v EDWARD J. MAHONEY et al., Constituting the Erie County Board of Elections, et al., Respondents, and MARY L. RATH, Respondent-Appellant.—Order unanimously affirmed without costs. Memorandum: Special Term properly concluded that petitioner had no standing as an aggrieved candidate. The challenge herein was based upon alleged infirmities relating to the internal affairs of a political party, rather than a failure to comply with the legislative mandates of the Election Law *(see, Matter of Liepshutz v Palmateer,* 112 AD2d 1098, *affd* 65 NY2d 963). We have considered the other issue raised and find it to be without merit. (Appeals from order of Supreme Court, Erie County, Flaherty, J.—Election Law.) Present—Callahan, J. P., Green, Pine, Balio and Lawton, JJ. (Order entered Aug. 21, 1986.)

■ In the Matter of JANICE M. GARDNER, Respondent, v EDWARD J. MAHONEY et al., Constituting the Board of Elections of the County of Erie, Appellants, and MICHAEL REINIG et al., Candidates, Respondents.—Order unanimously reversed without costs and petition dismissed. Memorandum: A designating petition is not invalid because a candidate uses a familiar form of a proper first name instead of the proper name used on his voter registration form *(cf.* Election Law § 6-134 [7]). There was sufficient evidence to prove that candidate "Jerry Dalton" was one and the same person as registered voter "Gerald F. Dalton" of the same address. Moreover, there has been no showing that Dalton's use of the familiar form of his proper name ("Jerry" for "Gerald") would, or did, tend to mislead potential signatories as to his identity. Under these circumstances, there was no "reasonable probability of confusing or deceiving the signers, voters or board of elections" *(Matter of Donnelly v McNab,* 83 AD2d 896, *lv denied* 54 NY2d 603). (Appeal from order of Supreme Court, Erie County, McGowan, J.—Election Law.) Present—Callahan, J. P., Green, Pine, Balio and Lawton, JJ. (Order entered Aug. 21, 1986.)